IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SCIELE PHARMA, INC. and SCIELE PHARMA CAYMAN LTD., <br><br> Plaintiffs, <br><br> v. <br><br> MYLAN PHARMACEUTICALS, INC. and MYLAN LABORATORIES, INC., <br><br> Defendants. | Civil Action No. _____ <br><br> **JURY TRIAL DEMANDED** |

## PLAINTIFFS' DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1

Plaintiffs Sciele Pharma, Inc. and Sciele Pharma Cayman Ltd., by and through their counsel, Fish & Richardson P.C., hereby disclose that:

1. Sciele Pharma, Inc. is a nongovernmental corporate party in the above-captioned action. There is no parent corporation for Sciele Pharma, Inc. There is no publicly-held corporation that owns 10% or more of Sciele Pharma, Inc.

2. Sciele Pharma Cayman Ltd. is a nongovernmental corporate party in the above-captioned action. Sciele Pharma, Inc. is the parent corporation of Sciele Pharma Cayman Ltd. Sciele Pharma Cayman Ltd. is a wholly-owned subsidiary of Sciele Pharma, Inc.

Dated: October 22, 2007          FISH & RICHARDSON P.C.

By: /s/ William J. Marsden, Jr.
William J. Marsden, Jr. (#2247)
Susan M. Coletti (#4690)
919 N. Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE 19899-1114
Telephone: (302) 652-5070
Facsimile: (302) 652-0607
Email: marsden@fr.com; coletti@fr.com

Of Counsel:

Jonathan E. Singer
Deanna J. Reichel
FISH & RICHARDSON P.C.
3300 Dain Rauscher Plaza
60 South Sixth Street
Minneapolis, MN 55402
Telephone: (612) 335-5070
Facsimile: (612) 288-9696

Nagendra Setty
FISH & RICHARDSON P.C.
1180 Peachtree Street, N.E., 21st Floor
Atlanta, GA 30309
Telephone: (404) 892-5005
Facsimile: (404) 892-5002

John D. Garretson
FISH & RICHARDSON P.C.
Citigroup Center - 52nd Floor
153 East 53rd Street
New York, NY 10022-4611
Telephone: (212) 765-5070
Facsimile: (212) 258-2291

Attorneys for Plaintiffs SCIELE PHARMA, INC., and SCIELE PHARMA CAYMAN LTD.