IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SCIELE PHARMA, INC. and<br>SCIELE PHARMA CAYMAN LTD.,<br><br>              Plaintiffs,<br><br>      v.<br><br>MYLAN PHARMACEUTICALS, INC. and<br>MYLAN LABORATORIES, INC.,<br><br>              Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  C.A. No. 07-664 GMS<br>)<br>)<br>)<br>)<br>)<br>) |

**STIPULATION AND ORDER TO EXTEND**

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for the parties and subject to the approval of the Court, that the time by which defendants Mylan Pharmaceuticals, Inc. and Mylan Laboratories, Inc. shall answer, move, or otherwise respond to plaintiff's complaint is extended to and including December 18, 2007. Counsel for defendants have requested this extension to allow additional time, particularly in light of the upcoming holidays, to consider how they will respond to the complaint and to consult with their client as to their proposed course of action. Counsel for plaintiffs have no objection to the requested extension.

| | |
|---|---|
|     */s/ William J. Marsden, Jr.*<br>William J. Marsden, Jr., #2247<br>Susan M. Coletti, #4690<br>FISH & RICHARDSON P.C.<br>919 N. Market Street, Suite 1100<br>Wilmington, DE 19801<br>(302) 652-5070<br>marsden@fr.com<br>coletti@fr.com<br><br>*Attorneys for Plaintiffs Sciele Pharma, Inc.*<br>*and Sciele Pharma Cayman Ltd.* |     */s/ Mary B. Matterer*<br>Richard K. Herrmann, #405<br>Mary B. Matterer, #2696<br>MORRIS JAMES LLP<br>500 Delaware Avenue, Suite 1500<br>Wilmington, DE 19801-1494<br>(302) 888-6800<br>rherrmann@morrisjames.com<br>mmatterer@morrisjames.com<br><br>*Attorneys for Defendants Mylan Pharmaceuticals,*<br>*Inc. and Mylan Laboratories, Inc.* |

**SO ORDERED** this \_\_\_\_ day of _____, 2007.

_____
United States District Court Judge