IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SCIELE PHARMA, INC. and SCIELE PHARMA CAYMAN LTD., <br><br> Plaintiffs, <br><br> v. <br><br> MYLAN PHARMACEUTICALS, INC. and MYLAN LABORATORIES, INC., <br><br> Defendants. | C.A. No. 07-664-GMS |

**PLAINTIFFS' MOTION FOR LEAVE TO FILE A SUR-REPLY IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' COMPLAINT FOR LACK OF STANDING AND SUBJECT MATTER JURISDICTION**

FISH & RICHARDSON P.C.
William J. Marsden, Jr. (#2247)
Susan M. Coletti (#4690)
919 N. Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE  19899-1114
Telephone:  (302) 652-5070
Facsimile:  (302) 652-0607
Email:  marsden@fr.com; coletti@fr.com

Jonathan E. Singer
Deanna J. Reichel
3300 Dain Rauscher Plaza
60 South Sixth Street
Minneapolis, MN  55402
Telephone:  (612) 335-5070
Facsimile:  (612) 288-9696

Nagendra Setty
1180 Peachtree Street, N.E., 21st Floor
Atlanta, GA  30309
Telephone:  (404) 892-5005
Facsimile: (404) 892-5002

John D. Garretson
Citigroup Center - 52nd Floor
153 East 53rd Street
New York, NY  10022-4611
Telephone:  (212) 765-5070
Facsimile:  (212) 258-2291

Dated:  February 11, 2008

Plaintiffs Sciele Pharma, Inc. and Sciele Pharma Cayman, Ltd. (collectively, "Sciele") request leave to file a short sur-reply to respond to Defendants Mylan Pharmaceuticals, Inc. and Mylan Laboratories, Inc.'s (collectively, "Mylan") Reply Memorandum in Support of their Motion to Dismiss for Lack of Standing. [D.I. 20] A copy of Sciele's Sur-Reply is attached as Exhibit 1.

Because Mylan chose not to contact Sciele before filing its Motion to Dismiss, Mylan did not include arguments regarding the 2004 and 2007 Agreements in its opening brief. Instead, Mylan based its opening brief solely on the outdated 2001 Agreement, and Mylan's entire argument on the relevant 2004 and 2007 Agreements appears only in its reply brief, to which Sciele is not entitled to respond. Because Mylan should not have reserved for its reply brief arguments that it should have made in a full and fair opening brief (LR 7.1.3(c)(2)), and because the 2004 and 2007 Agreements are central to the standing issue to be decided by this Court, Sciele respectfully requests leave to file the attached brief sur-reply paper to provide Sciele a short opportunity to respond to Mylan's arguments on the 2004 and 2007 Agreements.

Dated: February 11, 2008

FISH & RICHARDSON P.C.

By: */s/ William J. Marsden, Jr.*
    William J. Marsden, Jr. (#2247)
    Susan M. Coletti (#4690)
    919 N. Market Street, Suite 1100
    P.O. Box 1114
    Wilmington, DE 19899-1114
    Telephone: (302) 652-5070
    Facsimile: (302) 652-0607
    Email: marsden@fr.com; coletti@fr.com

    Jonathan E. Singer
    Deanna J. Reichel
    3300 Dain Rauscher Plaza
    60 South Sixth Street
    Minneapolis, MN 55402
    Telephone: (612) 335-5070
    Facsimile: (612) 288-9696

    Nagendra Setty
    1180 Peachtree Street, N.E., 21st Floor
    Atlanta, GA 30309
    Telephone: (404) 892-5005
    Facsimile: (404) 892-5002

    John D. Garretson
    Citigroup Center - 52nd Floor
    153 East 53rd Street
    New York, NY 10022-4611
    Telephone: (212) 765-5070
    Facsimile: (212) 258-2291

Attorneys for Plaintiffs SCIELE PHARMA, INC., and SCIELE PHARMA CAYMAN LTD.

## CERTIFICATE OF SERVICE

I hereby certify that on February 11, 2008, I electronically filed with the Clerk of Court **PLAINTIFFS' MOTION FOR LEAVE TO FILE A SUR-REPLY IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' COMPLAINT FOR LACK OF STANDING AND SUBJECT MATTER JURISDICTION** using CM/ECF which will send electronic notification of such filing(s) to the following Delaware counsel. In addition, the filing will also be sent via hand delivery:

| | |
|---|---|
| Richard K. Herrmann Esquire<br>Mary B. Matterer, Esquire<br>Morris James LLP<br>500 Delaware Ave., Suite 1500<br>P.O. Box 2306<br>Wilmington, DE 19899 | *Attorneys for Defendants*<br>*Mylan Pharmaceuticals, Inc. and Mylan*<br>*Laboratories, Inc.* |

I also certify that on February 11, 2008, I have sent by electronic mail and U.S. First Class Mail, the document(s) to the following non-registered participants:

| | |
|---|---|
| William A. Rakoczy, Esquire<br>Rakoczy Molino Mazzochi Siwik LLP<br>6 West Hubbard Street, Suite 500<br>Chicago, IL  60610 | *Attorneys for Defendants*<br>*Mylan Pharmaceuticals, Inc. and Mylan*<br>*Laboratories, Inc.* |

                                    */s/ William J. Marsden, Jr.*
                                    William J. Marsden, Jr.

80055564.doc

# EXHIBIT 1

**SEALED DOCUMENT**