**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| SCIELE PHARMA, INC. and | ) | |
| SCIELE PHARMA CAYMAN LTD., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | C.A. No. 07-664 GMS |
| | ) | |
| MYLAN PHARMACEUTICALS, INC. and | ) | |
| MYLAN LABORATORIES, INC., | ) | |
| | ) | |
| Defendants. | ) | |

**STIPULATION AND ORDER TO DISMISS**

WHEREAS Plaintiffs Sciele Pharma, Inc. and Sciele Pharma Cayman Ltd. (collectively, "Sciele") filed a complaint for infringement of U.S. Patent No. 4,892,741 ("the '741 Patent") against Defendants Mylan Pharmaceuticals, Inc. and Mylan Laboratories, Inc. (collectively, "Mylan") on October 22, 2007;

WHEREAS Mylan filed an answer and counterclaim, along with a Rule 12(b)(1) Motion to Dismiss Sciele's Complaint for Lack of Standing and Subject Matter Jurisdiction, on December 18, 2007;

WHEREAS a hearing on Mylan's Rule 12(b)(1) Motion to Dismiss was scheduled for June 4, 2008;

WHEREAS the '741 Patent, the only patent-in-suit, will expire on June 8, 2008;

WHEREAS, on May 9, 2008, Sciele and Mylan informed the Court by letter of their desire to dismiss their respective claims, counterclaims, and defenses in the above-captioned matter on June 8, 2008;

NOW, THEREFORE, Sciele and Mylan, by and through their respective counsel, hereby stipulate as follows:

1. Mylan withdraws its Rule 12(b)(1) Motion to Dismiss Plaintiffs' Complaint for Lack of Standing and Subject Matter Jurisdiction;

2. Sciele and Mylan withdraw their requests for an oral hearing on Defendants' Rule 12(b)(1) Motion to Dismiss Plaintiffs' Complaint for Lack of Standing and Subject Matter Jurisdiction;

3. Pursuant to Fed. R. Civ. P. 41, Sciele and Mylan agree that all claims, counterclaims, and defenses in the above-captioned matter shall be dismissed without prejudice, effective June 8, 2008; and

4. Sciele and Mylan agree that each party shall bear its own costs and attorneys' fees in connection with the above-captioned matter.


| | |
|---|---|
| /s/ William J. Marsden Jr. | /s/ Mary B. Matterer |
| William J. Marsden, Jr., #2247 | Richard K. Herrmann, #405 |
| Susan M. Coletti, #4690 | Mary B. Matterer, #2696 |
| FISH & RICHARDSON P.C. | MORRIS JAMES LLP |
| 919 N. Market Street, Suite 1100 | 500 Delaware Avenue, Suite 1500 |
| Wilmington, DE 19801 | Wilmington, DE 19801-1494 |
| (302) 652-5070 | (302) 888-6800 |
| marsden@fr.com | rherrmann@morrisjames.com |
| coletti@fr.com | mmatterer@morrisjames.com |
| | |
| Attorneys for Plaintiffs | Attorneys for Defendants |
| Sciele Pharma, Inc. and | Mylan Pharmaceuticals, Inc. and |
| Sciele Pharma Cayman Ltd. | Mylan Laboratories, Inc. |

SO ORDERED this 8th day of June, 2008.

_____
United States District Court Judge